| | |
|---|---|
| 1 | CRAIG G. STAUB, Bar No. 172857 |
|   | cstaub@littler.com |
| 2 | MELANIE H. ROLLINS, Bar No. 305901 |
|   | mrollins@littler.com |
| 3 | LITTLER MENDELSON, P.C. |
|   | 633 West 5th Street, 63rd Floor |
| 4 | Los Angeles, CA  90071 |
|   | Telephone: 213.443.4300 |
| 5 | Facsimile:  213.443.4299 |
| 6 | Attorneys for Defendant UNIVAR SOLUTIONS USA INC., a Washington corporation (erroneously sued as "UNIVAR SOLUTIONS USA INC., a California Corporation" and erroneously also sued as "UNIVAR USA INC., a California Corporation") |

YAMEEN SALAHUDDIN, Bar No. 220003
yameen@yameenlaw.com
SALAHUDDIN LAW, APC
2648 E. Workman Ave., #3001-504
West Covina, CA 91791
Telephone: 626.269.3590

Attorney for Plaintiff HEATHER AGUIRRE

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| HEATHER AGUIRRE, an individual, | Case No.  2:20-cv-05725-JFW-KES**x** |
|---|---|
| Plaintiff, | **ORDER RE:** |
| v. | **STIPULATION DISMISSING CASE WITH PREJUDICE** |
| UNIVAR SOLUTIONS USA INC., a California Corporation, UNIVAR USA INC., a California Corporation, and DOES 1 through 100, inclusive, | |
| Defendants. | |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA:

IT IS HEREBY STIPULATED by and between Plaintiff HEATHER AGUIRRE ("Plaintiff") and Defendant UNIVAR SOLUTIONS USA INC. ("Defendant") (collectively, the "Parties"), through their designated counsel, that the above-captioned action be and hereby is dismissed as to all claims against all parties, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii).  Each party shall bear its own costs and attorneys' fees.  The Parties agree that a facsimile signature shall be sufficient to evidence assent to this stipulation.

Dated:  September 23, 2020

*/s/ Craig G. Staub*
CRAIG G. STAUB
MELANIE H. ROLLINS
LITTLER MENDELSON, P.C.
Attorneys for Defendants
UNIVAR SOLUTIONS USA INC.

Dated:  September 23, 2020

*/s/ Yameen Salahuddin*
YAMEEN SALAHUDDIN
SALAHUDDIN LAW, APC
Attorney for Plaintiff
HEATHER AGUIRRE

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Craig G. Staub*

4833-6296-4428.1 098141.1064

**IT IS SO ORDERED**

**DATED: September 28, 2020**

**Hon. John F. Walter**
**U.S. District Judge**